# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | |
|---|---|
| MOTIVA PATENTS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>MICROSOFT CORPORATION; HP, INC.; SAMSUNG ELECTRONICS CO. LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; LENOVO GROUP, LTD.; LENOVO (BEIJING) LIMITED.; ACER INC.; AND ASUSTEK COMPUTER INC.<br><br>  Defendants. | CIVIL ACTION NO. 9:19-cv-194<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to a settlement agreement, Motiva Patents LLC hereby voluntarily dismisses this action against all defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

No defendant has served an answer or a motion for summary judgment.

The dismissal as to defendant Microsoft Corporation is with prejudice.

The dismissal as to the other defendants is with prejudice as to Microsoft products (including specifically Windows Mixed Reality products), and without prejudice as to non-Microsoft products.

Dated: January 24, 2020

Respectfully submitted,

/s/ *Matthew J. Antonelli*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.

Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com
ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
THE STAFFORD DAVIS FIRM, PC
The People's Petroleum Building
102 N College Ave., 13th Floor
Tyler, Texas 75702
(903) 593-7000
sdavis@stafforddavisfirm.com

*Attorneys for Motiva Patents, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 24th day of January 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                            */s/ Matthew J. Antonelli*
                                            Matthew J. Antonelli